**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUSTINA HURST, | ) | CASE NO. 5:25-cv-1244 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE AMANDA M. |
| | ) | KNAPP |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |
| | ) | |

On July 13, 2025, Plaintiff Justina Hurst, on behalf of G.J.D.A., filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's ("Commissioner") decision to deny her application for Supplemental Security Income on G.J.D.A.'s behalf. (ECF No. 1). On February 9, 2026, Magistrate Judge James E. Grimes Jr. issued a Report and Recommendation ("R&R") recommending that the Court should affirm the final decision of the Commissioner. (ECF No. 12).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service. Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). As of the date of this Order, more than 14 days have passed and neither party has objected to the R&R. Accordingly, the Court **ADOPTS** Magistrate Judge Grimes's R&R (ECF No. 12), incorporates it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

1

2

Date: February 25, 2026 						*s/Charles E. Fleming*
							**CHARLES E. FLEMING**
							**UNITED STATES DISTRICT JUDGE**

2